1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN TENA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>  Defendant.<br>_____ | ) Case No. CV 10-7514-JFW (SP)<br>)<br>)<br>) **ORDER ACCEPTING FINDINGS AND**<br>) **RECOMMENDATION OF UNITED**<br>) **STATES MAGISTRATE JUDGE**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which defendant has objected, and as to which plaintiff requests a modification in his response to defendant's objections.  The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS THEREFORE ORDERED that Judgment be entered reversing the
2 decision of the Commissioner denying benefits, and remanding this action for
3 further administrative proceedings consistent with the Report.

5 DATED:   January 18, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE